**TINCHER, Movant, v. WHEELER, Opposed.**

Court of Appeals of Kentucky.

(Decided June 19, 1936.)

PREWITT & PREWITT for movant.

W. C. HAMILTON, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**STERCHI BROTHERS STORES, Inc., Movant, v. FORESTER, by Her Next Friend, John Forester, Opposed.**

Court of Appeals of Kentucky.

(Decided June 23, 1936.)

J. B. SNYDER and R. L. MADDOX for movant.

FORESTER & CARTER, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY, Movant, v. DABNEY et al., Opposed.**

Court of Appeals of Kentucky.

(Decided Oct. 6, 1936.)

GORDON, LAURENT, OGDEN & GALPHIN and O. B. BERTRAM for movant.

ABEL HARDING, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.